# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN ALEXIS PATRON LOPEZ (4),<br><br>    Defendant. | Case No.: 3:21-CR-1683-WQH<br><br>**ORDER** |

    IT IS HEREBY ORDERED that, in preparation for the upcoming jury trial, the parties shall file all proposed jury instructions (except for any theory of the defense instruction(s)), and proposed verdict forms (including any special inquiries to be made to the jury) no later than Monday, March 3, 2025.

    IT IS FURTHER ORDERED that the parties shall file proposed voir dire questions no later than Wednesday, March 5, 2025.

Dated: February 27, 2025

                                                       Hon. William Q. Hayes
                                                       United States District Court