MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA VS BRIAN ALEXIS PATRON LOPEZ (4)

Case Number: 21CR1683-WQH   WITNESS LIST   JURY TRIAL

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| 3/10/2025 | X | | O.G. |
| 3/11/2025 | X | | Jon Hutchinson |
| 3/11/2025 | X | | M.A.A.G. |
| 3/11/25; 3/14/25 3/17/25 | X | | Jenna Paisley |
| 3//11/25-3/13/25 | X | | W.V.P. |
| 3/13/2025 | X | | Victor Sanabria Veloz |
| 3/13/2025 | X | | Andrew Flood |
| 3/13/25-03/14/25 | X | | J.M.M. |
| 3/14/2025 | X | | A.L.L. |
| 3/14/2025 | X | | L.D. |
| 3/17/2025 | X | | John C. Walsh |
| 3/17/2025 | X | | E.M. |