**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN ALEXIS PATRON LOPEZ (4),<br><br>    Defendant. | Case No.: 3:21-CR-1683-WQH<br><br>**ORDER** |

    On April 21, 2025, the Court issued an Order setting an evidentiary hearing to be conducted over two days, May 16, 2025 at 9:00AM and May 19, 2025 at 9:00AM, and requiring the Government to subpoena or otherwise secure the attendance at the evidentiary hearing of the 12 jurors who reached a verdict in this case on March 19, 2025. (ECF No. 339.)

    Attached to this Order is a letter that the Court proposes will be delivered by agents for the Government to each juror in conjunction with the service of subpoenas requiring appearance at the evidentiary hearing.

    IT IS HEREBY ORDERED that, no later than April 25, 2025, either party may file an objection to the attached letter. If an objection is filed by either party by April 25, 2025, the other party may file a response to the objection no later than April 28, 2025, and the Court will issue a written ruling thereafter. If no objection is filed by

1

either party by April 25, 2025, then the Government shall serve a subpoena and the letter attached to this Order on each of the 12 jurors as soon as reasonably possible thereafter.

DATED: April 22, 2025

HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

*Chambers of*
*William Quinn Hayes*
United States District Judge

*United States District Court*
Southern District of California
333 W. Broadway, Suite 1480
San Diego, California 92101

April 22, 2025

To the 12 jurors who deliberated in the case of *United States v. Brian Alexis Patron Lopez*:

    I have ordered a two-day evidentiary hearing concerning a matter that has been brought to my attention that occurred during the trial in which you sat as a juror. I have instructed the Government to serve each of you with this letter and a subpoena requiring your attendance at one of the two days set for the evidentiary hearing: May 16, 2025 at 9AM, and May 19, 2025 at 9AM. You may choose to appear on either day. When you arrive at the address listed above at the time of the hearing, please wait outside the door to Courtroom 14B until someone comes to greet you. At the hearing, I will ask you questions related to a text message that one of you received and which may have been discussed with other jurors. I expect the questioning of each of you to last a few minutes and then I expect your involvement in this matter will conclude.

    I have instructed the agents who are serving you with this letter not to answer any questions about the hearing. If it constitutes an extreme hardship to attend on either of the scheduled dates, you may contact the Courtroom Deputy, Kim Sellars, at Kim_A_Sellars@casd.uscourts.gov or 619-557-7360, and advise her of the hardship.

*William Q. Hayes*
William Q. Hayes
United States District Judge