# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>WYATT VALENCIA PACHECO,<br>JONATHAN EMANUEL<br>MONTELLANO-MORA,<br><br>             Defendants. | Case No.: 21CR1683-WQH<br><br>**ORDER CONTINUING SENTENCINGS** |

Upon application of the UNITED STATES OF AMERICA, and good cause appearing, IT IS ORDERED that the unopposed Motion to Continue is granted. (ECF No. 355.) The Sentencing Hearings for Wyatt Valencia Pacheco and Jonathan Emanuel Montellano-Mora currently scheduled for 9 am on July 11, 2025 has been CONTINUED to 9 a.m. on **August 13, 2025**.

DATED:   6/5/25

HONORABLE WILLIAM Q. HAYES
U.S. District Court Judge