MEGHAN BLANCO (238171)
LAW OFFICES OF MEGHAN BLANCO
    28202 Cabot Road, Suite 300
    Laguna Niguel, California 92677
    Telephone: (949) 296-9869
    Facsimile: (949) 606-8988
    E-mail:   mblanco@meghanblanco.com

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN ALEXIS PATRON LOPEZ,<br><br>    Defendant. | No. CR 21-CR-1683-WQH<br><br>JOINT MOTION TO CONTINUE SENTENCING |

    Defendant Brian Patron Lopez, by and through his counsel of record, Meghan Blanco, and the United States, by and through its counsel of record, the United States Attorney for the Southern District of California and Assistant United States Attorneys Mario Peia and Alexandra Foster, jointly move this Court for an order continuing Mr. Patron's sentencing hearing from August 11, 2025 to November 17, 2025, at 9:00 am.

1

1  Counsel for Mr. Patron believes it is in Mr. Patron's best
2  interest to postpone his probation interview until after the Court
3  rules on post-trial motions, which are due to the Court July 14,
4  2025.

Dated: July 7, 2025

Respectfully Submitted,

*//s// Meghan Blanco*
MEGHAN BLANCO
COUNSEL FOR DEFENDANT


//s/ Alexandra F. Foster
ALEXANDRA F. FOSTER
ASSISTANT UNITED STATES ATTORNEY