# Exhibit 2

```
 1                    UNITED STATES DISTRICT COURT

 2                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   UNITED STATES OF AMERICA,       .
                                     .
 5              Plaintiff,           . No. 21-cr-1683-WQH
                                     .
 6              v.                   . May 19, 2025
                                     . 9:03 a.m.
 7   BRIAN ALEXIS PATRON LOPEZ,      .
                                     .
 8              Defendant.           . San Diego, California
     . . . . . . . . . . . . . . . .
 9

10               TRANSCRIPT OF EVIDENTIARY HEARING
              BEFORE THE HONORABLE WILLIAM Q. HAYES
11                  UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   For the Plaintiff:      United States Attorney's Office
                             By: MARIO J. PEIA, ESQ.
14                               ALEXANDRA FOSTER, ESQ.
                             880 Front Street, Room 6293
15                           San Diego, California 92101

16   For the Defendant:      Law Office of Meghan Blanco
                             By: MEGHAN BLANCO, ESQ.
17                           28202 Cabot Road, Suite 300
                             Laguna Niguel, California 92677
18
     Interpreters:           Ariela Edelson Torenberg
19                           Paula Navarro-Gomez
                             Certified Spanish Interpreters
20

21

22   Court Reporter:         Chari Bowery, RPR, CRR
                             USDC Clerk's Office
23                           333 West Broadway, Suite 420
                             San Diego, California 92101
24                           chari_bowery@casd.uscourts.gov

25   Reported by Stenotype, Transcribed by Computer
```

1          SAN DIEGO, CALIFORNIA; MAY 19, 2025; 9:03 A.M.
2                              -o0o-
3          THE CLERK: Calling matter one, 21-cr-1683, United
4   States of America v. Brian Alexis Patron Lopez, for evidentiary
5   hearing.
6          MS. BLANCO: Good morning, Your Honor. Meghan Blanco
7   on behalf of Mr. Patron Lopez, in custody, being assisted by
8   the Spanish language interpreters.
9       And with us at counsel stable is private investigator
10  Brian Dennison.
11         THE COURT: Good morning.
12         MR. PEIA: Good morning, Your Honor. Mario Peia and
13  Alexandra Foster on behalf of the United States.
14         THE COURT: Good morning.
15      Next I think we have Juror 5.
16      (Juror Number 5 entered the courtroom.)
17         THE COURT: Good morning. You can sit in the jury
18  box, any seat that you are comfortable with. Thank you.
19      This is -- Juror Number 5 is present.
20      Thank you for coming. We apologize for any inconvenience.
21  We just have a couple of questions.
22      Because we are going to question you, we have to put you
23  under oath, so the clerk will give you an oath.
24         THE CLERK: Please raise your right hand.
25      (Oath administered by the clerk.)

1    THE COURT: Thank you.
2    During your service as a juror in this courtroom, did
3 Juror Number 1 ever mention a text message that she had
4 received?
5    JUROR: No, not that I am aware of.
6    THE COURT: So you don't have any recollection that a
7 text message to Juror 1 was ever discussed in your presence or
8 during the case?
9    JUROR: No, never heard of anything like that.
10   THE COURT: Ms. Blanco?
11   MS. BLANCO: Nothing further. Thank you, Your Honor.
12   MR. PEIA: No, Your Honor. Thank you.
13   THE COURT: I don't have any more questions for you.
14 I apologize for the inconvenience.
15   Do we have someone to take care of --
16   MR. PEIA: I will check. He should be on his way.
17 We will have somebody here.
18   THE COURT: You are entitled to some payment for your
19 mileage and I think a small fee, so if you wish to wait
20 outside, there should be somebody from the U.S. Attorney's
21 Office who is in a position to help you get the paperwork
22 figured out.
23   Thank you again. And again, I apologize for the
24 inconvenience, but thank you for coming down and accommodating
25 our schedule.

1        JUROR:  Sure.
2     (Juror Number 5 left the courtroom.)
3        THE COURT:  I think we have six now, Juror Number 6.
4     (Juror Number 6 entered the courtroom.)
5        THE COURT:  Thank you.
6     We have Juror Number 6, and if you would have a seat in
7  the jury box, anyplace you like in the jury box.  We apologize
8  for any inconvenience.  Thank you for coming.
9     Because we are going to ask you a few questions, we are
10 going to put you under oath, so the clerk will do that.
11    (Oath administered by the clerk.)
12       THE COURT:  Juror 6 is here.
13    During your service as a juror in this courtroom, did
14 Juror Number 1 ever mention a text message to you that she had
15 received?
16       JUROR:  No.
17       THE COURT:  Did you ever hear any discussion about a
18 text message that Juror Number 1 had received?
19       JUROR:  During our service?
20       THE COURT:  Yes.
21       JUROR:  No.
22       THE COURT:  Did you hear about it after?
23       JUROR:  Yes.
24       THE COURT:  When did you first hear of it.
25       JUROR:  On the way out of the courtroom -- sorry --

```
 1  of the courthouse.
 2          THE COURT:  Of the courthouse.
 3      Was there a group of you going to get together?
 4          JUROR:  Correct.
 5          THE COURT:  Who did you hear about it from?
 6          JUROR:  I don't remember the juror name or number.
 7  It was one of the females.  It was brief.  And we kept walking.
 8          THE COURT:  Do you remember what was said?
 9          JUROR:  That there was a text message from Denver.
10          THE COURT:  And is that the entirety of what you know
11  about it?
12          JUROR:  That is all that I know.  That is all that I
13  ever wanted to know.
14          THE COURT:  Okay.
15          MS. BLANCO:  Briefly, Your Honor.
16          THE COURT:  Sure.
17      (The following proceedings were heard at sidebar:)
18          MS. BLANCO:  The only follow-up I would have is
19  whether she knew that Juror Number 1 was telling the Court or
20  disclosing it to someone and what was told to her about why.
21          THE COURT:  Although, I question -- I may ask it, but
22  I question the relevance of this because that's hearsay upon
23  hearsay.
24          MS. BLANCO:  Okay.
25          THE COURT:  But I will ask if she heard anything else
```

```
 1   about -- I thought you covered that, but I will ask if the
 2   entirety of everything she heard about this was that someone
 3   had a text message from Denver.
 4             MS. BLANCO:  Okay.  Thank you.
 5        (The following proceedings were held in open court:)
 6             THE COURT:  So you had mentioned that you heard this
 7   when you were leaving the courtroom, and that was with some
 8   other jurors; is that right?
 9             JUROR:  The courthouse, correct.
10             THE COURT:  The courthouse.  I am sorry.  You left
11   the courthouse.
12        And was the entirety of what you heard about this was
13   Juror Number 1 may have received a text message from Denver?
14             JUROR:  Correct.
15             THE COURT:  Did you hear anything else about it?
16             JUROR:  No.
17             THE COURT:  That's the entirety of everything you
18   know about a text message?
19             JUROR:  That's all I know.
20             THE COURT:  All right.
21             MS. BLANCO:  Thank you, Your Honor.
22             THE COURT:  I don't have any more questions for you.
23   I apologize for the inconvenience.  Thank you for accommodating
24   our schedule.
25        And if you want to wait outside, I think there's somebody
```

1  that can assist you, because you are entitled to some minimal
2  payment for coming down here.
3          JUROR:  Wonderful.  Thank you.
4          THE COURT:  Thank you.  Thank you very much.
5     (Juror Number 6 left the courtroom.)
6          THE COURT:  I think we have Juror 8.
7     (Juror Number 8 entered the courtroom.)
8          THE COURT:  Juror Number 8, if you would have a seat
9  in the jury box.  Thank you for coming down and accommodating
10 our schedule.  Very much appreciate it.
11    I just have some brief questions for you, but because we
12 are going to question you, we will put you under oath.
13         THE CLERK:  Please raise your right hand.
14    (Oath administered by the clerk.)
15         THE COURT:  Thank you.
16    During your service as a juror in this courtroom, did
17 Juror Number 1 ever mention to you a text message she had
18 received?
19         JUROR:  No.
20         THE COURT:  Did you ever hear anything about a text
21 message, either during your service or after your service,
22 about a text message that Juror Number 1 may have received?
23         JUROR:  Not that I can recall.  And I don't really
24 remember who Juror 1 was.
25         THE COURT:  All right.  Any additional questions?

1          MS. BLANCO:  No, Your Honor.  Thank you.
2          MR. PEIA:  No, Your Honor.  Thank you.
3          THE COURT:  Well, that's it.  So, thank you for your
4    accommodating us.
5       And if you wish to remain outside, there's someone from
6    the U.S. Attorney's office that can help you with some payment
7    for your travel down here.  Thank you very much.
8         (Juror Number 8 left the courtroom.  Juror Number 11
9    entered the courtroom.)
10         THE COURT:  We have Juror Number 11.  This is Juror
11   Number 11.
12      Thank you for coming down and accommodating our schedule.
13      We just have some brief questions, but because we are
14   going to ask you some questions, we are going to have to put
15   you under oath.
16      (Oath administered by the clerk.)
17         THE COURT:  Thank you.  This is Juror Number 11.
18      Juror Number 11, during your service as a juror in this
19   courtroom, did Juror Number 1 ever mention to you a text
20   message that she purportedly received?
21         JUROR:  No, Your Honor.
22         THE COURT:  And do you recall any conversation,
23   either during your service or after your service was concluded,
24   about a text message, purportedly, from Juror Number 1?
25         JUROR:  No.  No, Your Honor.

```
1            THE COURT:  Okay.
2            MS. BLANCO:  Okay, Your Honor.  Thank you.
3            MR. PEIA:  Nothing further, Your Honor.
4            THE COURT:  That concludes the inquiry.  Thank you
5    for coming down.
6        I apologize for the inconvenience.
7        If you would like to remain outside, there should be
8    someone from the U.S. Attorney's office who should be in a
9    position to help you fill out a form so that you can receive
10   some compensation for your mileage, things of that nature.
11           JUROR:  Thank you, Your Honor.
12           THE COURT:  Thank you very much for your coming down.
13   I greatly appreciate your rearranging your schedule to
14   accommodate the Court.
15       (Juror Number 11 left the courtroom.)
16           THE COURT:  My understanding is that's everyone now,
17   with the exception of 10, Juror Number 10.  A message was left
18   for them to contact us to see if Wednesday would work.  We
19   haven't heard back yet.  But that was the individual who was
20   not available on the 16th, and the 19th was out of town at
21   their daughter's college graduation; returns the evening of
22   5/19.  It might be the case -- we are optimistic that we will
23   hear back from them perhaps tomorrow.
24       At this point, we have it on for Wednesday at 9:00, and we
25   will leave it on for Wednesday at 9:00.  Hopefully, he can
```

```
 1  come.  If not, I am hoping we will know tomorrow, and if we
 2  have to move it, we will contact you and let you know that we
 3  moved it.
 4           MS. BLANCO:  Thank you, Your Honor.
 5           THE COURT:  Thank you very much for your appearances.
 6  Hope to see you Wednesday.  Have a good rest of your week.
 7           MS. BLANCO:  Thank you, Your Honor.
 8           MR. PEIA:  Thank you, Your Honor.
 9       (End of proceedings at 9:14 a.m.)
10                           -o0o-
11                  C-E-R-T-I-F-I-C-A-T-I-O-N
12           I certify that the foregoing is a correct
    transcript from the record of proceedings in the above-entitled
13  matter.  Dated:  June 4, 2025.
14                           /s/  Chari Bowery
                             _____
15                           Chari Bowery, CSR No. 9944, RPR, CRR
```