# Exhibit 3

```
 1                    UNITED STATES DISTRICT COURT

 2                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3   UNITED STATES OF AMERICA,        )
                                      ) No. 21-cr-01683-WQH
 4            Plaintiff,              )
                                      )
 5   v.                               ) May 21, 2025
                                      )
 6   BRIAN ALEXIS PATRON LOPEZ,       )
                                      ) Courtroom 14B
 7            Defendant.              )
     _____) San Diego, California
 8

 9                    TRANSCRIPT OF PROCEEDINGS

10                      (EVIDENTIARY HEARING)

11      BEFORE THE HONORABLE WILLIAM Q. HAYES, DISTRICT JUDGE

12   APPEARANCES:
     FOR THE PLAINTIFF:      MARIO JOSEPH PEIA
13                           & ALEXANDRA FOSTER
                             Assistant U.S. Attorney
14                           U.S. Attorney's Office
                             Southern District of California
15                           880 Front Street, Room 6293
                             San Diego, CA  92101-8893
16                           (619)557-5610

17
     FOR THE DEFENDANT:      MEGHAN BLANCO
18                           Law Offices of Meghan Blanco
                             28202 Cabot Road, Suite 300
19                           Laguna Niguel, CA 92677
                             (949)296-9869
20                           mblanco@meghanblanco.com

21   COURT REPORTER:         JENNIFER GIBSON
                             CACSR NO. 12802
22                           U.S. District Court
                             333 West Broadway, Suite 420
23                           San Diego, CA 92101
                             Jennifer_Gibson@casd.uscourts.gov
24

25         (Reported by Stenotype; Transcribed by Computer)
```

```
 1            (Wednesday, May 21, 2025; 9:00 a.m.)
 2
 3                    P R O C E E D I N G S
 4
 5         THE CLERK:  ALL RISE.  CALLING MATTER NUMBER 1,
 6   21-CR-1683, UNITED STATES OF AMERICA VS. BRIAN ALEXIS PATRON
 7   LOPEZ FOR AN EVIDENTIARY HEARING.
 8         MS. BLANCO:  GOOD MORNING, YOUR HONOR.  MEGHAN BLANCO
 9   ON BEHALF OF MR. PATRON LOPEZ WHO IS PRESENT IN CUSTODY, BEING
10   ASSISTED BY THE SPANISH LANGUAGE INTERPRETER.  AND WITH BOTH OF
11   US AT COUNSEL TABLE IS LICENSED PRIVATE INVESTIGATOR BRIAN
12   DENNISON.
13         THE COURT:  GOOD MORNING.
14         MR. PEIA:  GOOD MORNING, YOUR HONOR.  MARIO PEIA AND
15   ALEXANDRA FOSTER ON BEHALF OF THE UNITED STATES.
16         THE COURT:  GOOD MORNING.  MY UNDERSTANDING IS JUROR
17   NUMBER 10 IS HERE, SO WHY DON'T YOU GO GET HIM.
18      GOOD MORNING, SIR.  IF YOU COULD COME FORWARD AND JUST HAVE
19   A SEAT IN THE JURY BOX.  THANK YOU FOR ACCOMMODATING OUR
20   SCHEDULE.  WE APPRECIATE THAT YOU'RE ABLE TO TAKE TIME OUT FROM
21   YOUR DAY TO ANSWER A FEW QUESTIONS FOR US.  AND YOU CAN HAVE A
22   SEAT.  AND BECAUSE WE'RE GOING TO ASK YOU SOME QUESTIONS, WE'LL
23   PLACE YOU UNDER OATH.
24         THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.
25
```

```
 1                        JUROR NO. 10,
 2        HAVING BEEN FIRST DULY SWORN, TESTIFIED AS FOLLOWS:
 3             THE CLERK:  THANK YOU.
 4             THE COURT:  ALL RIGHT.  THANK YOU, SIR.  DURING YOUR
 5   SERVICE AS A JURY IN THIS COURTROOM, DID JUROR NUMBER 1 EVER
 6   MENTION TO YOU A TEXT MESSAGE THAT SHE RECEIVED?
 7             JUROR NO. 10:  I DO NOT.
 8             THE COURT:  NO?
 9             JUROR NO. 10:  NO, I DON'T REMEMBER ANY -- ANYTHING IN
10   THAT PARTICULAR, YOU KNOW -- I MEAN, WE WERE JUST OURSELVES
11   MOST OF THE TIME, RIGHT?
12             THE COURT:  RIGHT.
13             JUROR NO. 10:  OBVIOUSLY THERE WAS CHAT ABOUT
14   ANYTHING, BUT I DON'T REMEMBER ANYBODY BRINGING UP ANYTHING
15   THAT CAME UP ON THEIR PHONES OR ANY OTHER SORT OF CONVERSATION
16   OR MESSAGING.  I DON'T -- DON'T RECALL THAT.
17             THE COURT:  THANK YOU.
18             MS. BLANCO:  MAY WE HAVE ONE MOMENT --
19             THE COURT:  SURE.
20             MS. BLANCO:  THANKS.
21        (THE FOLLOWING PROCEEDINGS WERE HELD AT SIDEBAR.)
22             MS. BLANCO:  I THINK HE ANSWERED THIS, BUT JUST FOR
23   CLARITY ASK ALSO AFTER, YOU KNOW, JUST BECAUSE SOME PEOPLE
24   APPARENTLY HEARD AFTERWARDS.
25             THE COURT:  FAIR ENOUGH.
```

```
 1         (THE FOLLOWING PROCEEDINGS WERE HELD IN OPEN COURT.)
 2         THE COURT:  ALL RIGHT.  SIR, YOU INDICATED THAT YOU
 3   DON'T HAVE ANY RECOLLECTION OF ANYONE TALKING ABOUT A TEXT
 4   MESSAGE DURING THE TIME THAT YOU WERE PARTICIPATING IN THE
 5   TRIAL, CORRECT?
 6         JUROR NO. 10:  THAT IS CORRECT.
 7         THE COURT:  DO YOU -- DID YOU -- AFTER THE TRIAL WAS
 8   OVER, WHEN YOU LEFT THE COURTROOM, DID YOU HAVE -- WAS THERE
 9   ANY CONVERSATION WITH ANYONE ABOUT A TEXT MESSAGE THEN?
10         THE WITNESS:  NO, NOT THAT I RECALL.  I THINK I -- IF
11   I REMEMBER IT WELL, I JUST -- IN MY -- IN MY CASE, I JUST STEP
12   OUT AND DIDN'T ENGAGE MUCH WITH THE OTHER JURORS.
13         THE COURT:  FAIR ENOUGH.
14         MS. BLANCO:  NOTHING FURTHER, YOUR HONOR.  THANK YOU.
15         MR. PEIA:  NOTHING FURTHER.  THANK YOU, YOUR HONOR.
16         THE COURT:  ALL RIGHT.  THAT'S ALL THE QUESTIONS WE
17   HAVE.  THANK YOU FOR COMING DOWN.  AGAIN, I APOLOGIZE FOR THE
18   INCONVENIENCE --
19         JUROR NO. 10:  NOT A PROBLEM.
20         THE COURT:  -- BUT THANK YOU FOR COORDINATING YOUR
21   SCHEDULE WITH OURS.  THANK YOU VERY MUCH, SIR.
22         JUROR NO. 10:  THANK YOU.
23         THE COURT:  THANK YOU.  A FEW -- A FEW THOUGHTS,
24   COUNSEL.  RIGHT NOW THE -- THE POST-TRIAL MOTIONS ARE DUE ON
25   6/9.  I'M INCLINED TO CONTINUE THAT.  I ASSUME YOU'RE --
```

1  MS. BLANCO, ARE YOU GOING TO WANT TO GET THE TRANSCRIPT FROM
2  THESE PROCEEDINGS?
3  **MS. BLANCO:**  I WILL, YOUR HONOR.  I THINK I NEED -- IF
4  WE'RE GOING TO DO IT ON AN EXPEDITED BASIS, I THINK I NEED YOUR
5  HONOR'S PERMISSION TO DO THAT; OTHERWISE, IT WOULD BE A 30 --
6  THE REGULAR 30-DAY TURNAROUND TIME.
7  **THE COURT:**  AND I DON'T KNOW THAT IT HAS TO BE
8  EXPEDITED.  IT WOULD SEEM THAT -- SO IF IT'S NOT EXPEDITED,
9  WHAT WOULD YOUR -- HOW MUCH TIME WOULD YOU NEED TO FILE?
10  **MS. BLANCO:**  I THINK THE TRANSCRIPTS ARE 30 DAYS AND
11  THEN MAYBE TWO WEEKS AFTER THAT IF THAT'S OKAY?
12  **THE COURT:**  ALL RIGHT.  SO THAT WOULD PUT YOU OUT TO
13  MAYBE MID-JULY; IS THAT --
14  **MS. BLANCO:**  THAT SOUNDS ABOUT RIGHT.  ANY TIME
15  MID-JULY WOULD BE GREAT, YOUR HONOR.
16  **THE COURT:**  ALL RIGHT.  I'M INCLINED -- I DON'T -- I'M
17  NOT REALLY INCLINED TO REQUIRE IT TO BE ON AN EXPEDITED BASIS.
18  I ASSUME THE GOVERNMENT'S GOING TO WANT THE TRANSCRIPT AS WELL?
19  **MR. PEIA:**  OF COURSE, YOUR HONOR.
20  **THE COURT:**  ALL RIGHT.  AND SO -- AND SO I'LL MOVE THE
21  DEADLINE.  AND SO THIS WOULD BE FOR ALL POST-TRIAL MOTIONS.
22  AND SO OBVIOUSLY THERE'S THIS ISSUE, BUT THEN EVERYTHING WOULD
23  BE DUE ON JULY 14TH.  DOES THAT WORK FOR YOU?
24  **MS. BLANCO:**  PERFECT, YOUR HONOR.
25  **THE COURT:**  ALL RIGHT.  AND THEN I THINK I GAVE -- THE

```
 1   ORIGINAL SCHEDULE HAD THE GOVERNMENT WITH TWO WEEKS TO RESPOND.
 2   AND SO THAT WOULD ALLOW THE GOVERNMENT THEN, REQUIRE THE
 3   GOVERNMENT TO RESPOND ON JULY 28TH.  AND THEN THE HEARING --
 4   THE HEARING WE CAN SAY 8/4.  AND, I MEAN, THERE'S ALWAYS A
 5   POSSIBILITY SOME OF THESE -- YOU KNOW, LIKE SOME OF THESE DAYS
 6   CAN MOVE, BUT I -- BUT I WOULD THEN MOVE MR. PATRON'S
 7   SENTENCING DATE.  I WOULD VACATE THE CURRENT SENTENCING DATE
 8   WHICH I THINK IS 7/7.
 9           **MS. BLANCO:**  CORRECT, YOUR HONOR.
10           **THE COURT:**  AND I WOULD VACATE THAT AND SET THAT AT
11   AUGUST 11TH.
12           **MS. BLANCO:**  PERFECT, YOUR HONOR.
13           **THE COURT:**  AND THEN THERE IS -- I'LL ALLOW THE
14   GOVERNMENT THEN -- THE GOVERNMENT CAN MAKE A MOTION WITH
15   RESPECT TO THE OTHER INDIVIDUALS TO BE SENTENCED.  THAT
16   WOULD -- I THINK IT WOULD BE LOGICAL FOR THAT DATE TO MOVE AS
17   WELL.  BUT I'LL ALLOW YOU TO TALK WITH THEIR COUNSEL AND COME
18   UP WITH A DATE, AND THEN YOU CAN SUBMIT THAT TO ME.
19           **MR. PEIA:**  YOUR HONOR, ON THAT REGARD WE, OF COURSE,
20   WILL DO THAT, AND I'LL TALK WITH COUNSELS.  YOUR HONOR HAD
21   PREVIOUSLY INDICATED THAT THE COURT WANTED TO PROCEED WITH
22   EVERYBODY AT ONCE.  AT THIS POINT WHERE WE STAND, IS IT
23   POSSIBLE THAT WE REMOVE ONE OF THEM, PROCEED WITH ONE OF THEM,
24   AND THEN MOVE THE REST AFTER --
25           **THE COURT:**  ARE YOU TALKING ABOUT -- DO YOU WANT TO GO
```

1  FORWARD WITH MR. PATRON FIRST?
2         **MR. PEIA:** AS TO ALL EXCEPT ONE INDIVIDUAL.
3         **THE COURT:** I'LL CONSIDER A -- YOU KNOW, THE REQUEST.
4  AND SO IF YOU -- I'LL CONSIDER A REQUEST.
5         **MR. PEIA:** OKAY. THANK YOU, YOUR HONOR.
6         **THE COURT:** ANYTHING ELSE?
7         **MS. BLANCO:** I DON'T THINK SO RIGHT NOW. THANK YOU,
8  YOUR HONOR.
9         **THE COURT:** ALL RIGHT. WELL, I APPRECIATE YOUR
10 APPEARANCES, I APPRECIATE THE WRITTEN MATERIALS AND LOOK
11 FORWARD TO YOUR BRIEFING. AND SO I GUESS THE NEXT TIME I'LL
12 SEE YOU BACK THEN IS THE 4TH.
13        **MS. BLANCO:** GREAT. THANK YOU VERY MUCH, YOUR HONOR.
14        **THE COURT:** ALL RIGHT. THANK YOU. THANK YOU VERY
15 MUCH, COUNSEL.
16        **MR. PEIA:** THANK YOU, YOUR HONOR.
17     **(WHEREUPON, THE PROCEEDINGS CONCLUDED AT 9:10 A.M.)**
18
19
20
21
22
23
24
25

```
 1                    C E R T I F I C A T I O N

 2                             -oOo-

 3

 4    I certify, by signing below, that the foregoing is a correct
      stenographic transcript of the oral proceedings had in the
 5    above-entitled matter this 10th day of June, 2025.  A
      transcript without an original signature or conformed signature
 6    is not certified.  I further certify that the transcript fees
      and format comply with those prescribed by the Court and the
 7    Judicial Conference of the United States.

 8

 9                    _____/S/ JENNIFER GIBSON_____

10                    JENNIFER G. GIBSON, CSR NO. 12802

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```